The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARGARET WANJIRA WAHOME,<br><br>                      Plaintiff,<br>      v.<br><br>KRISTI NOEM, *et al.*,<br><br>                      Defendants. | Case No. 3:25-cv-05430-LK<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>December 2, 2025. |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff Margaret Wanjira Wahome brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to schedule and interview for and adjudicate Plaintiff's I-589 Application for Asylum. USCIS has adjudicated that application, and therefore this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 3:25-cv-05430-LK] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 2nd day of December, 2025.

2                                     Respectfully submitted,

3                                     CHARLES NEIL FLOYD
                                      United States Attorney

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Federal Defendants*

I certify that this memorandum contains 80 words, in compliance with the Local Civil Rules.


*s/ Karin Tolgu*
KARIN TOLGU, WSBA No. 42647
THE LAW OFFICES OF KARIN TOLGU, PLLC
110 Prefontaine Pl. S., Ste. 304
Seattle, Washington 98104
Phone: 206-218-9472
Fax:    206-832-3506
Email: karin@karintolgulaw.com

*Attorney for Plaintiff*

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 3:25-cv-05430-LK] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [~~PROPOSED~~] ORDER

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this  2nd  day of  December , 2025.

*Lauren King*
_____
LAUREN KING
United States District Judge

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 3:25-cv-05430-LK] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970